## IN THE UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF ARKANSAS
## FAYETTEVILLE DIVISION

**REBA J. PERRY**                                                                                                          **PLAINTIFF**

**V.**                                             **CASE NO. 5:21-CV-5228**

**COMMISSIONER, SOCIAL SECURITY**
**ADMINISTRATION**                                                                                              **DEFENDANT**

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 15) filed in this case on January 10, 2023, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. The Court finds the fourteen-day period for objections has passed, and no party raised objections.

**IT IS THEREFORE ORDERED** that the Report and Recommendation is proper and is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Magistrate Judge's Report and Recommendation, the decision of the ALJ is **REVERSED**. This case is **REMANDED** to the Commissioner for further consideration pursuant to sentence four of 42 U.S.C. § 405(g).

**IT IS SO ORDERED** on this 25th day of January, 2023.

                                                */s/ Timothy L. Brooks*
                                                TIMOTHY L. BROOKS
                                                UNITED STATES DISTRICT JUDGE